## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                    CASE NO.:   11-32230
                                          CHAPTER 13
NARONE CAMPBELL,
YNETTA E. JONES,

       Debtor.

---

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT. WITH SERVICE UPON THE OBJECTING PARTY A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

## DEBTOR'S OBJECTION TO  PROOF OF CLAIM #27 FILED BY UNITED CONSUMER FINANCIAL SERVICES

Comes now the Debtor, by and through her undersigned attorney of record and objects to Proof of Claim #27 filed by United Consumer Financial Services and as cause thereof shows unto the court the following:

1.       United Consumer Financial Services filed a claim in the amount of $2005.97 wherein they stated that their claim was secured.

2.       The Debtors acknowledge that they owe the debt to the creditor and duly listed them as a secured creditor in Schedule D of their Chapter 13 bankruptcy petition.

3.       Undersigned counsel states that the property was surrendered and the debt should be treated as unsecured.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully request that this Honorable Court issue an order reclassifying the debt as an unsecured claim.

Respectfully submitted this the 8th day of December, 2012.

                        */s/ C. Brandon Sellers, III*
                        C. Brandon Sellers, III
                        Attorney for Debtor
                        P.O. Box 432
                        Greenville, AL 36037
                        (334)382-6907(home)
                        (334)382-7001(fax)

## <u>CERTIFICATE OF SERVICE</u>

       I, C. Brandon Sellers, III, certify that a copy of the foregoing Debtor's Objection to Proof of Claim #27 Filed by United Consumer Financial Services has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed December 8, 2012.


       Curtis C. Reding
       Chapter 13 Trustee
       Post Office Box 173
       Montgomery, AL 36101

       Teresa R. Jacobs
       U.S. Bankruptcy Administrator
       One Church Street
       Montgomery, AL 36104

       United Consumer Financial Services
       Bass & Associates, P.C.
       3936 E. Ft. Lowell Rd., Suite 200
       Tucson, AZ 85712

       */s/ **C. Brandon Sellers, III***
       C. Brandon Sellers, III