UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 11−32230
Chapter 13

Narone Campbell and Ynetta E. Jones

    Debtors

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *United Consumer Financial Services (Claim #27)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

    Done this 15th day of January, 2013.

                                              /s/ Dwight H. Williams Jr.
                                              United States Bankruptcy Judge